# UNITED STATES COURT OF INTERNATIONAL TRADE

| | | |
|---|---|---|
| **COSCO HOME AND OFFICE PRODUCTS,** | ) | |
| **Plaintiff,** | ) | **SUMMONS** |
| **v.** | ) | **Court No. 13-00217** |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**TO:** The Attorney General of the United States and the United States Department of Commerce

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

/s/ Tina Potuto Kimble
Clerk of the Court

1. Name and Standing of Plaintiff

Plaintiff in this action is Cosco Home and Office Products, formerly a division of Dorel Juvenile Group, Inc., currently a division of Ameriwood Industries, Inc. ("Cosco"). As an importer of hand trucks and certain parts thereof, the product that is subject to the antidumping duty order on Hand Trucks and Certain Parts Thereof From the People's Republic of China, Plaintiff is an interested party within the meaning of 19 U.S.C. § 1677(9)(A), who was a party to the proceeding that led to the determination being challenged. As such, Plaintiff has standing to challenge the determination at issue pursuant to 28 U.S.C. § 2631(j)(1)(B) and 19 U.S.C. § 1516a(d).

2. Brief description of the contested determination

The contested determination is the U.S. Department of Commerce's final results in the antidumping duty administrative review of the antidumping duty order on hand trucks and certain parts thereof from China. See Hand Trucks and Certain Parts Thereof From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2010-2011, 78 Fed. Reg. 28,801 (Dep't Commerce May 16, 2013). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(B)(iii) and 28 U.S.C. § 1581(c). This Summons is being filed within 30 days of the publication in the Federal Register of the final determination, and is thus timely filed pursuant to 19 U.S.C. § 1516a(a)(2)(A).

3. Date of determination

The U.S. Department of Commerce's final determination was issued on May 9, 2013.

4. If applicable, date of publication in Federal Register of notice of contested determination

The determination was published in the Federal Register on May 16, 2013. Hand Trucks and Certain Parts Thereof From the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2010-2011, 78 Fed. Reg. 28,801 (Dep't Commerce May 16, 2013).

/s/ Mary T. Staley
LAURENCE J. LASOFF
MARY T. STALEY
KATHERINE E. WANG
llasoff@kelleydrye.com
mstaley@kelleydrye.com
kwang@kelleydrye.com
3050 K Street, N.W., Suite 400
Washington, D.C. 20007
(202) 342-8400

Counsel for Cosco Home and Office Products

Dated: June 4, 2013